**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON TORRES,<br><br>        Plaintiffs,<br><br>  v.<br><br>COUNTY OF KINGS, CALIFORNIA,<br>ALAN McCLAIN, SHERIFF, COUNTY OF<br>KINGS, CALIFORNIA, AND WARREN<br>PARKER,<br><br>        Defendants. | 1:06-cv-0102 OWW CCC<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>New Scheduling Conference<br>Date: 6/28/06 8:45 Ctrm. 3 |

**I.   Date of Scheduling Conference.**

    May 10, 2006.

**II.  Appearances Of Counsel.**

    William Romaine, Esq., appeared on behalf of Plaintiff.

    There was no appearance by Defendants.

**III. Status of Case.**

    1.   At the scheduling conference, Mr. Romaine explained that due to an accident in his office involving his secretary, a scheduling statement has not been timely filed.  Moreover, he has determined that the complaint was only recently served and the Defendants have not yet appeared in the action.

1

1  Accordingly, good cause appearing, IT IS ORDERED:
2  This scheduling conference is continued to June 28, 2006, at
3  8:45 a.m. and the Plaintiff shall serve the Defendants with a
4  proposed joint scheduling conference statement at least ten days
5  before the scheduling conference.

7  IT IS SO ORDERED.

8  **Dated:   May 18, 2006**            **/s/ Oliver W. Wanger**
   emm0d6                               UNITED STATES DISTRICT JUDGE