IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON TORRES,

    Plaintiff,

vs.

KINGS COUNTY, et al.,

    Defendants.

CV F 06 0102 OWW WMW

STIPULATION AND ORDER CONTINUING DISCOVERY DATES

THE PARTIES, through their respective counsel, have stipulated to extend the following deadline for purposes of the deposition of plaintiff only:

| | **Current Date** | **New Date** |
|---|---|---|
| Discovery Deadline | June 1, 2007 | July 6, 2007 |

Respectfully submitted,

DATED: May 17, 2007

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By: /s/ James J. Arendt

James J. Arendt

Attorneys of Defendants, COUNTY OF KINGS, ALAN McCLAIN and WARREN PARKER

1

1  DATED: May 17, 2007

2  LAW OFFICE OF WILLIAM A. ROMAINE

3  By: /s/ William A. Romaine

4  William A. Romaine

5  Attorney for Plaintiff Jason Torres

IT IS SO ORDERED.

**Dated:   May 24, 2007**              **/s/  William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE