**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**JASON TORRES,**

      **Plaintiff,**                  **CV F 06 0102 OWW WMW**

   **vs.**                                **ORDER**

**KINGS COUNTY, et al.,**

      **Defendants.**

      **On June 14, 2007, a stipulation and was filed, indicating that the parties, through their respective counsel, have stipulated to extend the following deadlines. The last day to file non-dispositive motions would be extended to July 20, 2007. The last day to file dispositive motions would be extended to August 3, 2007.**

      **Accordingly, IT IS HEREBY ORDERED that:**

      **1. The deadline to file non-dispositive motions is extended to July 20, 2007.**

      **2. The deadline to file dispositive motions is extended to August 3, 2007.**

IT IS SO ORDERED.

**Dated:**   **June 18, 2007**                /s/  William M. Wunderlich
                                                  UNITED STATES MAGISTRATE JUDGE