1    James J. Arendt, Esq.         Bar No.  142937

2         THE LAW FIRM OF
            WEAKLEY, RATLIFF,
3       ARENDT & McGUIRE, LLP
          1630 East Shaw Avenue, Suite 176
4          Fresno, California   93710

5         Telephone: (559) 221-5256
           Facsimile:  (559) 221-5262
6
     Attorneys for Defendants, COUNTY OF KINGS
7    and DEPUTY WARREN PARKER

8

9                        UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11
     JASON TORRES,                    )  CASE NO.  1:06-CV-00102-OWW-NEW (WMW)
12                                     )
              Plaintiff                )
13                                     )  **STIPULATED DISMISSAL AND ORDER**
              vs.                      )
14                                     )
     COUNTY OF KINGS, CALIFORNIA,      )
15   ALAN McCLAIN, SHERIFF, COUNTY OF  )  Complaint Filed: 01/30/06
     KINGS, CALIFORNIA and WARREN      )  Trial Date: 11/6/07
16   PARKER,                           )
                                       )
17            Defendants.              )
     _____ )
18

19          Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action,

20   through their attorneys of record, stipulate to dismissal of the entire action, with prejudice, all

     ///
21
     ///
22
     ///
23
     ///
24
     ///
25
     ///
26
     ///
27
     ///
28

     _____
     Stipulation and Order of Dismissal

1   parties to bear their own costs and attorney's fees.

2

3          Respectfully submitted,

4

5   DATED: July 13, 2007

6                                            WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

7                              By:      /s/ James J. Arendt
                                      James J. Arendt
8                                     Attorneys of Defendants, COUNTY OF KINGS, ALAN
                                      McCLAIN and WARREN PARKER
9

10  DATED: July 13, 2007

11                                           LAW OFFICE OF WILLIAM A. ROMAINE

12                             By:      /s/   William A. Romaine
                                      William A. Romaine
13                                    Attorney for Plaintiff Jason Torres

14

15  IT IS SO ORDERED.

16  **Dated:    July 20, 2007**              _____/s/ Oliver W. Wanger_____
                                      UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order of Dismissal                     2